**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES WAYNE HEALEY, and

KATHERIN SUZAN LARSEN-
GUTHMILLER,

      Defendants.

Case No. 26-cr-100 (ECT/DTS)

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Thomas Calhoun-Lopez of the law firm of Lathrop GPM LLP, 3100 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, shall appear as counsel of record for Defendant Charles Wayne Healey in this case.

Dated: May 21, 2026

By: */s/ Thomas Calhoun-Lopez*
Thomas Calhoun-Lopez (#0507078)
LATHROP GPM LLP
3100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.632.3000
thomas.calhoun-lopez@lathropgpm.com

Attorney for Defendant
Charles Wayne Healey