# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

         Plaintiff,

v.

CHARLES WAYNE HEALEY (1), AND
KATHERIN SUZAN LARSEN-GUTHMILLER (2),

         Defendants.

# COURT MINUTES
BEFORE:  DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-100 (ECT/DTS) |
| Date: | August 6, 2026 |
| Court Reporter: | Lori Morrow |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 10:55 AM |
| Time in Court: | 55 minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

For Plaintiff:   Rebecca Kline, Assistant U.S. Attorney
For Defendant Charles Wayne Healey (Dft 1):   Thomas Calhoun-Lopez, Retained
For Defendant Katherin Suzan Larsen-Guthmiller (Dft 2):   Nicholas Scheiner, Retained;
Samantha Bates, Retained

☒ ORDER TO BE ISSUED

☒ EXHIBITS RETAINED BY THE COURT

Additional Information:
Defense Exhibits #1, 2  received.

s/TBD
Signature of Law Clerk